UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.: 6:24-CR-287-CEM-RMN |
| ) | |
| ERIC PATRICK, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### DEFENDANT'S, ERIC PATRICK, NOTICE TO THE COURT REGARDING INVENTORY OF ELECTRONIC DEVICES TO BE USED BY THIRD-PARTY CUSTODIAN

The Defendant, ERIC PATRICK (hereinafter, "Mr. Patrick"), by and through his undersigned counsel and hereby files this, Notice to the Court Regarding Inventory of Electronic Devices to be Used by Mr. Patrick's Third-Party Custodian at Mr. Patrick's designated residence of 1711 Maple Leaf Drive, Windermere, Florida 32786, and further states as follows:

1. On January 2, 2025, Mr. Patrick was arrested in this case and had his initial appearance, arraignment, and bond hearing. Doc. 20. At the conclusion of the proceedings, the Court entered an Order setting conditions of release for Mr. Patrick, including that he be placed into the custody of Iliana Mascata at the above-listed address. Doc. 25. The Court's Order further provided that:

> Third party custodian may have internet access and devices at residence. All must be password protected + wifi password changed by 4 p.m. 1/3/25. Inventory of all devices to Court by 1/3/25 @ 4 p.m. [sic].

*Id.* At 5.

2. Ms. Moscata will have the following electronic devices at 1711 Maple Leaf Drive, Windermere, Florida 32786: (a) 1 MacBook laptop; (b) 1 Apple watch; (c) 1 I-Pad; and (d) 1 I-Phone. Ms. Moscata has informed the undersigned that she has password protected all of these devices, as well as the Wi-Fi at the above-listed address.

3. The internet connection at the above-referenced address has been disconnected. Ms. Moscata is a nursing student who will need internet connection to complete her assignments. To that end, Mr. Patrick will file a separate motion to allow a password protected Wi-Fi hotspot for Ms. Moscata's use only.

Respectfully submitted this 3 day of January 2025.

JOHN NOTARI, ESQUIRE
Florida Bar No.: 0009260
Sigman, Sigman, Notari & Sigman
116 East Concord Street
Post Office Box 1786
Orlando, Florida 32802
P: (407) 843-7333
F: (407) 843-7338
E: John@ssnslaw.com
E: Pilar@ssnslaw.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 3 day of January 2025, I electronically filed

the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

                                                                              JOHN NOTARI, ESQUIRE
Florida Bar No.: 0009260
Sigman, Sigman, Notari & Sigman
116 East Concord Street
Post Office Box 1786
Orlando, Florida 32802
P: (407) 843-7333
F: (407) 843-7338
E: John@ssnslaw.com
E: Pilar@ssnslaw.com
Attorney for Defendant