UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:24-cr-287-CEM-RMN

**RICHARD KOWALCZYK and
ERIC PATRICK**

AUSA: Michael Sartoian

Defense Attorneys: Andrew Searle and Fritz Scheller, Retained (for Kowalczyk)
John Notari, Retained (for Patrick)

| JUDGE: | **CARLOS E. MENDOZA** United States District Judge | DATE AND TIME: | **November 20, 2025** 9:41 A.M. – 9:43 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Suzanne Trimble trimblecourtreporter@gmail.com |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | 2 Minutes | | |

**CLERK'S MINUTES
STATUS CONFERENCE**

Case called. Appearances made by counsel.

Parties' Joint Ore Tenus Motion to Continue Trial is **GRANTED.** The date certain jury trial commencing January 12, 2026 is cancelled.

After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today 11/20/2025 until and including 2/28/2026, shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Status Conference set for January 15, 2026 at 9:30am.

Jury Trial set for February 2026 trial term.

Court is adjourned.