UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                        CASE NO.: 6:24-cr-287-CEM-RMN

RICHARD KOWALCZYK,
ERIC PATRICK,

    Defendants.
_____/

**JOINT MOTION BY DEFENDANTS TO AMEND CONDITIONS
OF RELEASE TO SWITCH THIRD PARTY CUSTODIANS**

The Defendants, Richard Kowalczyk ("Mr. Kowalczyk") and Eric Patrick ("Mr. Patrick"), by and through their undersigned counsels, hereby jointly moves this Honorable Court to amend the current conditions of release to permit a change in the third party custodians for each defendant. Specifically, the defendants are requesting that their third party custodians, Donovan Richardson (currently for Mr. Kowalczyk) and Iliana Mascata (currently for Mr. Patrick) switch roles. If the Court grants the instant motion, Donovan Richardson would reside with Mr. Patrick at 1711 Maple Leave Drive, Windermere, Florida 34786 and serve as Mr. Patrick's third party custodian going forward, while Iliana Mascata would reside with Mr. Kowalczyk at 3212 Arden Villas Boulevard, Apartment #11, Orlando,

Florida 32817 and would serve as his third party custodian there. In support thereof, the defendants jointly state as follows:

## STATEMENT OF FACTS

On December 4, 2024, a federal grand jury returned an indictment against Mr. Kowalczyk and Mr. Patrick charging them with federal offenses in the instant case. Doc. 2. Two weeks later, on December 18, 2024, the grand jury returned a superseding indictment. Doc. 9.

Both defendants voluntarily surrendered on January 2, 2025 for their initial appearances/arraignment. Docs. 20, 34-35. At this hearing, the Court set conditions of pretrial release for both Mr. Kowalczyk and Mr. Patrick. Docs. 23, 25. For Mr. Kowalczyk, the Court directed that he reside at 3212 Arden Villas Boulevard, Apartment #11, Orlando, Florida 32817 with his nephew, Donovan Richardson, who was approved to be his third party custodian. Doc. 23. With regard to Mr. Patrick, the Court directed that he reside at the defendants' address of 1711 Maple Leave Drive, Windermere, Florida 34786, and that Iliana Mascata serve as his third party custodian. Doc. 25.

Since their arraignment, the defendants have been fully compliant with all conditions of release. Recently, Mr. Patrick's third party custodian, Iliana Mascata, has requested that she switch roles with Donovan Richardson, and that she be permitted to reside at the apartment with Mr. Kowalczyk to serve as his custodian. Iliana Mascata and Donovan Richardson were in a relationship that recently ended. She is actually listed on the lease for the above-listed apartment and she

wishes to move back into her apartment where Mr. Kowalczyk is residing per the Court's conditions of release. For his part, Donovan Richardson is fine switching and residing at the defendants' residence and serving as Mr. Patrick's third party custodian. Therefore, the defendants are seeking a slight modification of their pretrial release conditions to permit the third party custodians to switch.

On November 19, 2025, the undersigned conferred with Assistant United States Attorney Ilyssa Spergel ("AUSA Spergel") regarding the relief sought herein. AUSA Spergel does not oppose the motion so long as each custodian understands, accepts, and will abide by the conditions for their new respective responsibility.

Undersigned counsel Andrew C. Searle, Esq. has also communicated with Iliana Mascata and Donovan Richardson about the instant motion and confirmed that both wish to switch roles as outlined herein.

## **MEMORANDUM OF LAW**

Once the Court orders a defendant to be released on conditions pursuant to 18 U.S.C. § 3142(c), "[t]he judicial officer may at any time amend the order to impose additional or different conditions of release." *See* 18 U.S.C. § 3142(c)(3). Further, "[i]f a person is ordered released by a magistrate judge, or by a person other than a judge of a court having original jurisdiction over the offense . . . " the court with original jurisdiction over the charged offense has authority to amend the defendant's conditions of pretrial release. 18 U.S.C. § 3145(a)(2).

Based on the change in circumstances discussed above, the defendants respectfully requests a slight modification to their conditions of release that would

3

switch the third party custodians, Donovan Richardson and Iliana Mascata, such that Donovan Richardson would reside with Mr. Patrick and serve as his third party custodian and Iliana Mascata would reside with Mr. Kowalczyk and serve as that defendant's third party custodian.

## **CONCLUSION**

WHEREFORE, the Defendants, Richard Kowalczyk and Eric Patrick, respectfully and jointly request that this Court grant the instant motion and enter an Order amending the conditions of pretrial release and change their designated third party custodians, such that Donovan Richardson would reside with Eric Patrick and serve as his third party custodian and Iliana Mascata would reside with Richard Kowalczyk and serve as that defendant's third party custodian

Respectfully submitted this 24th day of November, 2025.

| | |
|---|---|
| */s/ John Notari* | */s/ Andrew C. Searle* |
| John Notari, Esquire | Andrew C. Searle, Esquire |
| Florida Bar No.: 0009260 | Florida Bar No. 0116461 |
| Sigman, Sigman, Notari & Sigman | Searle Law P.A. |
| 116 East Corcord Street | 200 East Robinson St., Ste 1150 |
| Post Office Box 1786 | Orlando, Florida 32801 |
| Orlando, Florida 32801 | Telephone: 407-952-0642 |
| PH: (407) 843-7333 | Email: andrew@searle-law.com |
| FAX: (407) 843-7338 | Attorney for Richard Kowalczyk |
| Email: John@ssnslaw.com | |
| Attorney for Eric Patrick | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on November 24, 2025, I filed a copy of the foregoing with the Clerk of the Court via the CM/ECF system. I further certify that all parties to this case are equipped to receive service of documents via that system.

*/s/ Andrew C. Searle*
Andrew C. Searle
Florida Bar No. 0116461
Searle Law P.A.
200 East Robinson Street, Suite 1150
Orlando, Florida 32801
Telephone: 407-952-0642
Email: andrew@searle-law.com
Attorney for Richard Kowalczyk
