# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                                 **CASE NO: 6:24-cr-287-CEM-RMN**

**RICHARD KOWALCZYK** and
**ERIC PATRICK**

## ORDER

This case is before the Court on Defendants' Joint Motion to Amend Conditions of Release to Switch Third Party Custodians. Doc. No. 67. The United States and United States Pretrial Services do not oppose the request, but ask that all hotspot or internet at Defendant Eric Patrick's residence be removed. Doc. No. 69.

Upon consideration of the motion and response, the motion (Doc. No. 67) is **GRANTED**. Defendants' conditions of pretrial release are hereby **MODIFIED** as follows:

1. Donovan Richardson shall now be the third-party custodian for Defendant Eric Patrick and shall reside with Defendant Patrick.

2. Iliana Mascata shall now be the third-party custodian for Defendant Richard Kowalczyk and shall reside with Defendant Kowalczyk.

3. The condition in Defendant Patrick's conditions of release that allows a third-party custodian to have electronic devices connected to the internet that are

password protected (Doc. No. 25, at 5) is **REMOVED**.  There shall be no internet or any devices capable of connecting to the internet in Defendant Patrick's residence or in his possession, custody, or control.

4. All other conditions of release remain in full force and effect.  *See* Doc. Nos. 23, 25.

**DONE** and **ORDERED** in Orlando, Florida on December 11, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Pretrial Services Office
Counsel for Defendant