UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    CASE NO.: 6:24-cr-287-CEM-RMN

RICHARD KOWALCZYK,

    Defendant.

_____/

### DEFENDANT RICHARD KOWALCZYK'S UNOPPOSED MOTION FOR LEAVE TO FILE MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT A CHANGE OF ADDRESS UNDER SEAL

The Defendant, Richard Kowalczyk ("Mr. Kowalczyk"), by and through his undersigned counsel, hereby moves for leave to file under seal a motion to amend the current conditions of release to permit a change of address for the defendant. In support thereof, Mr. Kowalczyk states as follows:

### STATEMENT OF FACTS

On December 4, 2024, a federal grand jury returned an indictment against Mr. Kowalczyk charging him with federal offenses in the instant case. Doc. 2. Two weeks later, on December 18, 2024, the grand jury returned a superseding indictment. Doc. 9.

Mr. Kowalczyk voluntarily surrendered on January 2, 2025 for his initial appearances/arraignment.   Docs. 20, 34-35.   At this hearing, the Court set

conditions of pretrial release for Mr. Kowalczyk. Docs. 23. Specifically, the Court directed that he reside with a third party custodian, who was originally his nephew. Doc. 23. Since his arraignment, Mr. Kowalczyk has been fully compliant with all conditions of release.

On December 11, 2025, this Court granted a slight modification to Mr. Kowalczyk's conditions of release, permitting a change in his third party custodian. *See* Docs. 67, 70.

Recently, Mr. Kowalczyk was advised that his current third party custodian was not renewing the lease at her apartment. Instead, she has signed a lease for a new apartment. The lease commences on January 28, 2026 and will end on March 27, 2027. Mr. Kowalczyk will be filing a motion with this Court disclosing his third party custodian's new address and requesting permission to change addresses so that he can continue residing with the third party custodian, consistent with his current conditions of release.

This case has garnered local media coverage, including articles that detail the allegations against Mr. Kowalczyk and his co-defendant. *See e.g.* Cristóbal Reyes, *Orlando club owner's husband to plead guilty to trying to lure teen for sex* (Jan. 14. 2026), https://www.orlandosentinel.com/2026/01/14/orlando-club-owners-husband-to-plead-guilty-to-trying-to-lure-teen-for-sex; Averi Kremposky, *Popular Orlando nightclub owner indicted on sex charges, some involving kids under 12* (Jan. 14, 2025), https://www.wesh.com/article/southern-

nights-orlando-owner-indicted-child-pornography/63410840; Anthony Talcot, *'Sexual deviant:' Central Florida nightclub owner accused in child porn schemes* (Jan. 13, 2026), https://www.clickorlando.com/news/local/2025/01/14/sexual-deviant-central-florida-nightclub-owner-accused-in-child-porn-schemes/. Additionally, in a prior motion, the undersigned detailed the public threats and ridicule that Mr. Kowalczyk and his co-defendant were subjected to after their arrests in this case. *See* Doc. 41 at 10; *Exhibit A*. Moreover, the Court has expressed concern about the threats made towards the defendants in this case. *See* Doc. 53 at 11.

In light of the foregoing, the undersigned respectfully request permission to file Mr. Kowalczyk's motion seeking permission to change addresses under seal so that the third party custodian's new address is not publicly available. The parties are in negotiations to resolve this case in the near future. Thus, the undersigned would prefer not to publicly disclose the third party custodian's new address, as she will continue residing at this address after Mr. Kowalczyk's case is resolved. Based on the media coverage and the threats that have been made towards the defendants in this case, concern about public disclosure of the third party custodian's new address is not baseless.

The undersigned has conferred with Assistant United States Attorney Ilyssa Spergel ("AUSA Spergel") who has confirmed that the government does not oppose

Mr. Kowalczyk changing addresses so that he can continue to reside with his third party custodian, nor does the government oppose the relief requested herein.

### MEMORANDUM OF LAW AND
### GROUNDS FOR RELIEF SOUGHT

Courts have historically recognized a "general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n. 7 (1978).  The right to public access to judicial records, however, is not absolute.  *Id.* at 598.  The presumption of openness may be overcome where a party shows "an overriding interest based on findings that closure is essential to preserve higher values and is narrowly tailored to serve that interest." *United States v. Ochoa-Vazquez*, 428 F. 3d. 1015, 1029 (11th Cir. 2005) (internal citations omitted).

Based on the nature of the allegations, the above-listed media coverage, and the public threats and ridicule that the defendants have already endured in this case, the undersigned believes that public disclosure of the third party custodian's new address creates some risk that either the defendant and/or the third party custodian could be subject to threats and/or harassment.  This concern will become even more heightened if and when Mr. Kowalczyk resolves his case, either with a guilty plea or a trial.

## CONCLUSION

WHEREFORE, the Defendant, Richard Kowalczyk, respectfully requests that this Court enter an Order granting this motion and directing the clerk to accept and file under seal the defendant's motion to amend the current conditions of release to permit a change of address.

Respectfully submitted this 26th day of January, 2026.

*/s/ Andrew C. Searle*
**ANDREW C. SEARLE, ESQ.**
Florida Bar No. 0116461
**SEARLE LAW P.A.**
200 East Robinson Street, Suite 1150
Orlando, Florida 32801
Telephone: 407-952-0642
Email: andrew@searle-law.com
*Attorney for Defendant Richard Kowalczyk*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on January 26, 2026, I filed a copy of the foregoing with the Clerk of the Court via the CM/ECF system. I further certify that all parties to this case are equipped to receive service of documents via that system.

*/s/ Andrew C. Searle*
**ANDREW C. SEARLE, ESQ.**
Florida Bar No. 0116461
**SEARLE LAW P.A.**
200 East Robinson Street, Suite 1150
Orlando, Florida 32801
Telephone: 407-952-0642
Email: andrew@searle-law.com
*Attorney for Defendant Richard Kowalczyk*