UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:24-cr-287-CEM-RMN |
| ) | |
| ERIC PATRICK, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant, ERIC PATRICK, through undersigned counsel, files this unopposed motion to continue sentencing hearing in the above styled cause. In support of this motion, counsel states as follows:

## STATEMENT OF FACTS

### Procedural History

1.    On December 4, 2024, the government charged Defendant with attempted coercion and enticement of a minor to engage in sexual activity, receipt and distribution of child pornography in violation of 18 U.S.C. §§ 2422(b), 2252(a)(2) and 2252(a)(4)(B). Doc. 1

2.    Mr. Patrick entered a plea of guilty on February 9, 2026 and the Court set his sentencing for July 20, 2026. Docs. 103, 111.

*Grounds Supporting the Request for a Continuance*

3.    Mr. Kowalczyk's co-counsel, Andrew Searle, has trial conflicts that are documented in Mr. Kowalczyk's Motion to Continue.

4.    Co-Defendant's Counsel, Fritz Scheller, has been asked to serve on the faculty of a sentencing advocacy program sponsored by the administrative office of the U.S. Courts in Chicago, Illinois on July 15th through July 18, 2026. Upon the close of the conference, undersigned counsel had hoped to remain in Chicago during the week of July 20, 2026 to tend to matters related to his deceased mother's estate, who lived in the city's suburbs.

5.    This Honorable Court has previously indicated its desire to sentence both Defendants on the same date.

6.    The undersigned consulted with Assistant United States Attorney Ilyssa Spergel, who stated she does not oppose the requested continuance. Undersigned counsel also communicated with counsel for co-defendant Richard Kowalczyk, who also filed a motion to continue his sentencing hearing. Assuming, arguendo, that this Court grants the continuance, the undersigned requests that the parties be allowed to coordinate with chambers to schedule the new date for the sentencing hearings.

## MEMORANDUM OF LAW

The legal basis supporting Mr. Patrick's request for a continuance is found in both Rule 32 of the Federal Rules of Criminal Procedure and the Sixth Amendment to the United States Constitution. Rule 32(b)(1) provides that a defendant's sentence should be imposed without unreasonable delay. Rule 23(b)(2), however, states that these time limits may be extended for good cause.[1]

In the instant case, the scheduling conflicts of the undersigned provide good cause for the requested continuance.

WHEREFORE, ERIC PATRICK, respectfully moves this Honorable Court for an Order continuing his Sentencing Hearing.

Respectfully submitted this 30th day of June 2026.

John C. Notari
Florida Bar No.: 0009260

---

[1] Fed. R. Crim. P. 32(b) states:

TIME OF SENTENCING.

(1) *In General.* The court must impose sentence without unnecessary delay.

(2) *Changing Time Limits.* The court may, for good cause, change any time limits prescribed in this rule.

## CERTIFICATE OF SERVICE

On June 29, 2026, I filed the foregoing with the clerk of the court which will

send a notice to all parties of record.

John C. Notari
Florida Bar Number: 0009260
116 East Concord Street
Orlando, Florida 32801
Telephone: 407-843-7333
Email: john@ssnslaw.com
*Attorney for Eric Patrick*