# EXHIBIT 1

The Honorable Carlos Mendoza
United States District Judge
United States District Court
Middle District of Florida – Orlando Division
401 West Central Boulevard
Orlando, Florida 32801

Re:     United States v. Richard Kowalczyk, Case No.: 6:24-cr-00287-CEM-RMN (M.D. Fla. Orl. Div.)

Dear Judge Mendoza:

I am the mother of Richard Kowalczyk. I am writing in reference to the person Richard has been and is. At a young age Richard was diagnosed by the Arlen Institute as being dyslexic. It made it difficult in getting proper education in a big city school. We made a decision to move to a small town into a smaller school system. With the education he received, he excelled. He grew up being an outstanding athlete and hard worker. Richard had a very close bond with is father, who taught him everything is possible, with hard work and good character. With all his hard work and determination he went on to college and received his bachelor's degree in business. Throughout his school years he always stood for the kids less fortunate and who were being bullied. His leadership was followed with others to do the same and it never went unnoticed by teachers and parents. He went on with hard work to start successful businesses. Unfortunately, his father's passing in 2016 had a huge impact on Richard. Never a day went by without a phone call or visit. Richard would call his dad for advice or to talk sports, business or politics. He felt it was up to him to take on the responsibility of his father. He has been a mentor to his niece and nephews who's father had left them at a young age. He wanted them to have the same opportunities he grew up with having two parents. He and his sister guided them when they would be heading down the wrong path, praised them when deserved. He taught them the same family values his parents taught him. Richard took time to take them on family vacations. When they needed braces he took care of it. He make himself available when they needed "Uncle Ricks" advise. These are thing they never would otherwise have. Now they are young adults with jobs and a fond sense of family. At this time it has been difficult for them not having his strong presence, positive attitude and sense of humor to guide them. When Richard's dad passed he handled everything as I was in a bad state. He helped me through that time with his empathy love and humor. Shortly after I was diagnosed with cancer and immediately admitted to the hospital. He showed up and made sure I had the right doctors and best care. He never left my side for 3 months. He took on shaving my hair to save me the pad of losing it in clumps. His humor and love were never ending although he was battling his own worries inside. To this day he makes sure I regularly see my oncologist and get my bloodwork as prescribed. He has included me in his vacations and visits often. We always do holidays together as a family. Richard has also take on being financially supportive of me. He has a great relationship with his aunts, uncles and cousins. He keeps in contact with family and loved ones. He is a man who never has a bad word to say of anyone. His compassion and empathy for less fortunate show in his charity and giving. I know he is extremely remorseful for his bad judgment.

Now during his incarceration I have seen my son change. His depression is evident in our conversations and video calls. All he wants is to be a great father to his daughter that means the world to him. I have seen him be a wonderful father and family man who's concerns are always for others. All the male relatives on his fathers side have passed at 63 and his fear is that he will ose so

much time of his daughters life. This all adds to his depression and anxiety. Being his mom I have a lot to say of Richard but how can one give insight to someone who has never met him. So now I am asking you to please show mercy when handing down his sentence. Give him the opportunity to be the family man, friend and son before he becomes a broken man.

Thank you Your Honor for taking your time reading this. I miss my son and pray I we will be with him again.

Kathleen Kowalczyk – Mother to Richard James

The Honorable Carlos Mendoza
United States District Judge
United States District Court
Middle District of Florida – Orlando Division
401 West Central Boulevard
Orlando, Florida 32801

      Re:    United States v. Richard Kowalczyk, Case No.: 6:24-cr-00287-CEM-
            RMN (M.D. Fla. Orl. Div.)

Dear Judge Mendoza:

My name is Holly Kowalczyk, and I am Richard Kowalczyk's sister. I live in Grand
Rapids Michigan and I'm a business owner.

This is one of the hardest days my family has ever faced. I understand why we are here,
and I know this is an incredibly serious case. I am not here to excuse my brother's
actions, minimize the harm that was caused, or ask the Court to overlook what happened.
I would never condone this kind of behavior under any circumstances, especially when it
involves the safety and well-being of children. I know nothing I say today can change
what has happened or lessen the seriousness of this case.

I simply want to tell you about the man I have known for my entire life. Richard is 46
years old. He is a devoted father who loves his daughter deeply. He built his own
business through years of hard work, determination, and perseverance. Throughout our
lives, he has always been the person our family could rely on whenever someone needed
help. After our father's death ten years ago, my brother became her primary source of
financial support. Our mother depends on him financially, and he has never turned his
back on that responsibility. He has always stepped up to make sure she was cared for.

As his sister, I have also watched him be a loving uncle to my children throughout their
lives. He celebrated birthdays, attended family gatherings, graduations and offered
guidance, and was someone they looked up to. He has helped me as a parent more times
than I can count. Those are the memories our family carries with us.

The brother I have known my entire life has always shown kindness, compassion, and
love toward the people around him. While I fully recognize the seriousness of his
conviction, it is difficult for me to reconcile these events with the brother I have always
known. That is not an excuse for what happened, nor is it meant to diminish the
seriousness of his actions. It simply reflects the pain and disbelief our family has
experienced.

I have seen Richard accept responsibility for his actions. I believe he is capable of
change, and I believe he has the ability to continue counseling, treatment, and
rehabilitation. My brother has never been in trouble in his entire life I know he has a

family who will continue to support him while also holding him accountable as he works to become a better man.

If my brother is sentenced to a lengthy prison term, our family will feel that loss every single day. Our mother will lose the son she depends on. His daughter will lose their father. My children will lose an uncle who has always been an important part of their lives. I know those hardships do not outweigh the seriousness of this case, but they are real, and I respectfully ask the Court to consider them as part of the whole picture.

Your Honor, I respectfully ask that as you determine an appropriate sentence, you consider not only the offense for which my brother stands convicted, but also the decades he spent caring for his family, supporting those who depended on him, accepting responsibility for his actions, and his genuine potential for rehabilitation.

Thank you for your time and for considering my words.

Holly Kowalczyk

The Honorable Carlos Mendoza
United States District Judge
United States District Court
Middle District of Florida – Orlando Division
401 West Central Boulevard
Orlando, Florida 32801

Re: United States v. Richard Kowalczyk, Case No.: 6:24-cr-00287-CEM-RMN (M.D. Fla. Orl. Div.)

Dear Judge Mendoza:

My name is Denis Poel, the Aunt of Richard Kowalczyk, sister in law of Kathy Kowalczyk (Richard's mom). I have lived in Grand Rapids, Michigan my whole life.

What I am writing comes from the heart. I've known Richard (Ricky) since birth. He has always been such a sweet caring person from a young child to adulthood. He's been a good Dad, Son, Brother, Nephew and friend to all who know him.

He's a very generous person and also very successful; he has helped many people. I know he used bad judgment in his past and recent decisions, but he is very remorseful for that. He had put everything on hold to take care of his Mom, Kathy, who was very ill. Our whole family loves Richard very much.

I am hoping you take everything into consideration, as you hold his future in your hands. His little girl needs her Daddy. I am heartbroken as all of his family is. I appreciate you reading my letter. Thank you.

If I need to sign this, please send it back to me for signature.

Sincerely,
Denise M Poel

The Honorable Carlos Mendoza
United States District Judge
United States District Court
Middle District of Florida – Orlando Division
401 West Central Boulevard
Orlando, Florida 32801

       Re:    United States v. Richard Kowalczyk, Case No.: 6:24-cr-00287-CEM-RMN (M.D. Fla. Orl. Div.)

Dear Judge Mendoza:


My name is Pamela Ashley. I am the Aunt to Richard Kowalczyk and sister to his mother Kathleen Kowalczyk. I live in Rockford, Michigan and am retired. When Rick was younger I spent a lot of time with him on weekends. He would come over and we would order pizza and watch movies as he is a big movie buff. As a family we always spent holidays together. When he moved to Florida to finish his education he kept in contact with myself and his Uncle Jack. I love my nephew and the way he shows his love for others. When his dad passes it was an emotional time for him. He also had a close relationship with his grandmother but lost her at a young age. That was his first experience of losing a loved one. Shortly after his dad passes his mom was diagnosed with cancer. He cares so much for his mom that he was with her every day never leaving her side. He supports his mom financially and emotionally and always sees to it that she is keeping up with her Drs. Appointments. When his mom lived in Florida he would offer to get flights to bring me to spend time with her. Rick and I have talked a lot and his has expressed his desire to move back to Michigan and raise his daughter. He is a wonderful loving dad and that baby adores her father. I know he is remorseful for the situation he has caused and has regretted it from the start. Please have mercy when handing down his sentence. Give him the opportunity to get back to his roots and raise his family. He is a good man with a big heart. I thank you very much for taking the time and reading this letter.

Sincerely,

Pamela Ashley (Ricky's Aunt)

The Honorable Carlos Mendoza
United States District Judge
United States District Court
Middle District of Florida – Orlando Division
401 West Central Boulevard
Orlando, Florida 32801

> Re:  United States v. Richard Kowalczyk, Case No.: 6:24-cr-00287-CEM-RMN (M.D. Fla. Orl. Div.)

Dear Judge Mendoza:

Today is the most important day that our family has ever had. My uncle has been much more than just a "uncle" to me and my siblings. I had no father in my life so uncle Ricky stepped in that male role model, and provider if needed. He taught me respect, a work ethic, leadership, and overall just who I am today.

If it wasn't for him I'd be in jail or dead right now, he pulled me out of the inner city and bad decisions I was making as a child. He's someone who I can depend on no matter what it is. He led by example everyday for me and my brother. I could make this 1000+ pages if I had to.

Please judge let the thousands of things he's done for people be returned just this once.

Thank you.

Sincerely,
Donavan Richardson, his oldest boy nephew

The Honorable Carlos Mendoza
United States District Judge
United States District Court
Middle District of Florida – Orlando Division
401 West Central Boulevard
Orlando, Florida 32801

      Re:    United States v. Richard Kowalczyk, Case No.: 6:24-cr-00287-CEM-RMN (M.D. Fla. Orl. Div.)

Dear Judge Mendoza:

I am writing this letter as a testament of character for Rick Kowalczyk.

Ricky is the uncle of my best friend Donavan, and I've known him for close to 10 years now. He has always treated myself and those around him with kindness, positivity, and generosity.

Ricky loves and provides for those around him and is a role model for my friend Donavan. He is Donavan's father figure and has helped Donavan grow into the outstanding human being he is today.

While visiting Donavan in Florida, Ricky often gives us some spending money to go to a restaurant or do some activities in Orlando. He does this out of the kindness of his heart and never asks for anything in return.

I hope this letter helps convey to you the positive impact that Rick Kowalczyk has on those around him.

Sincerely,
Brad Wiekman

The Honorable Carlos Mendoza
United States District Judge
United States District Court
Middle District of Florida - Orlando Division
401 West Central Boulevard
Orlando, Florida 32801

RE:     United States v. Richard Kowalczyk, Case No.: 6:24-cr-00287-CEM-RMN
        (M.D. Fla. Orl. Div.)

Dear Judge Mendoza:

My name is Jennifer Joyce and I am writing this letter in support of my friend, Richard
Kowalczyk, whom I know as Rick. I first met Rick through one of my best friends, Kristen,
who used to work with him at Buffalo Wild Wings here in Orlando. Kristen and I have been
friends for more than 25 years (we met in Massachusetts where we were both born and
raised). I moved to Orlando in 2011 and through Kristen, Rick became part of my extended
circle, and over time I came to know him as someone whose kindness, loyalty, inclusivity
and generosity are unmatched.

Rick is one of the most generous people I have ever known. Without looking for recognition
or expecting anything in return, he gives his time and attention, asking questions and actively
listening to what people say. He gives his energy and care, seeking ways he can help
someone in need. For example, a dear friend of mine visited me here in FL and we spent the
day with Rick, his partner Eric and some other friends. During the day, my friend Samantha
mentioned having a trans son who was considering a move to Orlando. Rick immediately
offered him a job at Southern Nights, the club he co-owned at the time for her son to get on
his feet and experience a more inclusive city. Rick has always shown deep care and
compassion for people who are vulnerable, overlooked, or marginalized. He shows up for
people and genuinely wants the best for people.

Kristen always says that Rick has "never met a stranger," and I believe that to be true.
Whether he is interacting with extended family, friends of friends, or people he meets out in
the world, Rick has a remarkable ability to make people feel seen and included. He brings
warmth and positive energy into a room and treats people with the kind of openness that
makes them feel immediately welcome. I've been to various parties and events held by Rick
where I didn't know anyone and left knowing everyone and feeling a part of a loving
community of people.

When he had his daughter Aspen, I was lucky enough to witness him in dad-mode and to
experience the beautiful and seamless partnership between he and his partner, Eric. They
work so well together to keep Aspen not only fed, bathed and entertained, but happily
learning, playing and knowing how very loved she is. It has been inspiring to see them
together as a family. Especially as a divorced mom of two little ones, having to solo parent.
I understand the seriousness of this matter, and I do not write this letter to minimize it. I write
because I believe it is important for the Court to know the person I have known Rick to be-

generous, protective, compassionate, and deeply connected to the people around him from all walks of life. He has made a meaningful impact on many lives, including mine.

Thank you for taking the time to consider my perspective.

Sincerely,

The Honorable Carlos Mendoza
United States District Judge
United States District Court
Middle District of Florida – Orlando Division
401 West Central Boulevard
Orlando, Florida 32801

Re:     United States v. Richard Kowalczyk, Case No.: 6:24-cr-00287-CEM-RMN (M.D. Fla.
Orl. Div.)

Dear Judge Mendoza:

My name is Joel Gran and I have known Mr. Kowalczyk for at least 15 years. I first met him while bartending several years ago and he later went on to hire me as a bartender and manager at one of the businesses he previously owned.

I am writing this letter in hopes of painting a broader picture of how I see Mr. Kowalczyk. I am aware of what his pending charges are as well as the seriousness of them. Before working for Mr. Kowalczyk, he was a customer of mine, he was always kind and generous with everyone he came across. It was not until he offered me a job, which I later accepted that I truly got to know him. Mr. Kowalczyk was always kind and caring while showing compassion to everyone he met. He gave people that were in need jobs even if the job wasn't necessary, he did this to give the person a feeling of worth and to help give them some financial stability. I watched him help several coworkers with financial problems as well as offering advice when needed. Mr. Kowalczyk is also an amazing son and father. His mother became very ill a few years ago and he was there every step of the way from paying her bills, driving her to appointments, or just being there with her even though she lived several hours away. As far as being a father, I have never seen someone so excited to hear the news that the surrogate was in labor, Mr. Kowalczyk dropped everything and headed straight to the hospital. He couldn't stop smiling for months, as he and his husband had been trying for quite some time to have a baby.

Sincerely,
Joel Gran

The Honorable Carlos Mendoza
United States District Judge
United States District Court
Middle District of Florida – Orlando Division
401 West Central Boulevard
Orlando, Florida 32801

Re:     United States v. Richard Kowalczyk, Case No.: 6:24-cr-00287-CEM-RMN (M.D. Fla. Orl. Div.)

Dear Judge Mendoza:

My name is Adrienne Bailey, and I am a friend of Richard Kowalczyk.

I am the VP of Finance and HR for a small startup in Seattle. I grew up in Orlando but have lived in Seattle for the past 12 years.

I am fully aware of Rick's current situation, what he has pleaded to, and what he is facing.

Rick is one of the most thoughtful people I know. He is like a brother to me. I met him almost 20 years ago when he offered my girlfriend at the time, now my wife, a job as a Marketing Assistant at Buffalo Wild Wings. Rick and I became fast friends. We have taken several vacations together, and my wife and I have hosted him in Seattle many times. We also started an annual trip to celebrate Rick's birthday every February in Key West and the Bahamas.

I live 3,000 miles away from my family, and when my mom had a couple of surgeries in the last few years, Rick always checked in on her. He baked cookies and casseroles and dropped them off at her house. When she was fully recovered and able to drive again, Rick invited her over for coffee and wine to catch up. Just last week, my mom had a medical emergency and was in the hospital overnight. Rick and Eric coordinated with one of their family members to send my mom get well flowers. In this extremely stressful situation they find themselves in, the Rick and Eric wanted her to have flowers and let her know he was thinking of her. These are the kinds of things I want the Court to know.

As a new father, I have seen a side of Rick that is so loving and tender with his daughter. He is so in love with her. Rick just beams when he sees her. He could not wait to be a father. As a couple, Rick and Eric went through so much and tried so hard to have Aspen. The separation has been incredibly difficult to see Rick go through. In the midst of these difficult circumstances, all Rick has done is love his daughter and make sure she is happy, healthy, safe and shielded from this immense stress. Please take their new family into consideration during sentencing.

Sincerely,
Adrienne Bailey

The Honorable Carlos Mendoza
United States District Judge
United States District Court
Middle District of Florida – Orlando Division
401 West Central Boulevard
Orlando, Florida 32801

       Re:    United States v. Richard Kowalczyk, Case No.: 6:24-cr-00287-CEM-RMN (M.D. Fla. Orl. Div.)

Dear Judge Mendoza:

My name is ChouChou Guilder and I am writing to you in support of Richard Kowalczyk, whom I have known for 20 years as a long time friend and boss. In that time, I have come to know them as a person of high integrity, kindness and a huge dedication to community.

While I understand the seriousness of the matter before the court, I believe it is important to share the positive qualities I have consistently witnessed in Richard Kowalczyk. They have always been so dependable in helping others, an amazing parent to his daughter, a boss you could go to for anything and a true friend whom I can say has always been there for me. When my dog died a few years ago, two days later he called me and told me he was buying me a puppy. That puppy is now 4 years old and the best part of my life. Richard Kowalczyk spent years building up a community of love and togetherness especially after the Pulse shooting happened by making spaces for all of us to feel safe again.

I respectfully ask the court to take these qualities into consideration when determining the outcome of this case. I am confident that Richard Kowalczyk has the capacity to learn from this experience and continue contributing positively to society.

Thank you for your time and consideration.

Sincerely,
ChouChou Alexis Leah Guilder

The Honorable Carlos Mendoza
United States District Judge
United States District Court
Middle District of Florida - Orlando Division
401 West Central Boulevard
Orlando, FL 32801


RE:     United States vs. Richard Kowalczyk, Case No: 6:24-cr-00287-CEM-RMN (M.D.
        Fla. Ori. Div.)

Dear Judge Mendoza:

I am writing this letter on behalf of my dear friend, Richard Kowalczyk. My name is Kate Maini.
I am a mother, an employee of Rick's for the past 10 years, and a close friend. I have had the
privilege of knowing him for 23 years. He is one of the first people I met when I moved to
Orlando in 2003. During this time, I have witnessed firsthand the kind of man Rick truly is. He is
a man whose life has consistently been defined by compassion, generosity, and an unwavering
commitment to the people around him.

If I had to describe Rick in one word, it would be "protector." He has always been the person
others turn to when they are struggling, has never hesitated to put the needs of others before his
own and has never asked for anything in return while doing so.

One example that I can speak personally about occurred after the Pulse Nightclub shooting in
Orlando. I was an employee there for 12 years. While our community was grieving, Rick,
without thinking twice, stepped up and took action immediately. He opened his doors to Pulse
employees who had nowhere else to go, providing us with jobs, safety, and stability during an
incredibly painful time. He worked tirelessly organizing fundraisers which raised THOUSANDS
of dollars to support members of the community affected by that tragedy, making sure every
penny went to those in need of support. He never sought recognition for these efforts. He simply
saw people in need and did everything he could to help.

Throughout the years I have known him, he has consistently been the person who shows up for
family, friends, employees, and even strangers. He has always led with kindness, accepts
responsibility, and genuinely cares about the well-being of those around him. His actions have
always demonstrated integrity, loyalty, and generosity. I hope the Court will also consider the
years Rick has spent lifting others up, protecting those who depended on him, and making
meaningful contributions to his community. The man I know has positively impacted countless
lives, including my own. I will forever be grateful for his friendship and never forget the ways he
has helped me, personally.

Thank you for taking the time to read my letter and for considering my perspective. I am fully
aware of the pending difficulties regarding Richard Kowalczyk. I respectfully ask that you take
into account Rick's character, his history of helping others, being the rock in his family, and the

positive difference he has made in so many people's lives.

Sincerely,

Kate Maini

Dear Judge Mendoza:

Today you hold the future of our son-in-law, Richard Kowalczak. We have witnessed the changes in him during his short stay at Seminole County Jail.

The person we knew prior to incarceration was outgoing, driven, giving, kind and caring. He was a business owner and entrepreneur who took great care of his family and friends as well as those who were down on their luck. His laugh and personality would light up the room. He was and is a quick learner and smart. He is well liked and strong.

He has been a contributing part of society, voted Grand Marshall of the Tampa parade. Earning a·bachelor's degree in business while playing football at FSU and owning and running several successful businesses.

As a father, he is one of the best we've seen. His little girl means everything to him and him to her. They have most definitely formed a bond. He visits with her each night through a jail video call, and the attachment is still obvious even after spending months apart.

We have seen the light in his eyes dim and his hope diminish during his time at Seminole County Jail. We fear he will come out much less than when he went in.

Richard told us that it was not necessary for us to write this letter. However, we have talked to him every day, and we know he is not ok and feel this incarceration might not be something he can endure. Richard's dad passed away suddenly in 2016, which left a huge void in his life and some big shoes to fill. He stepped up and did just what was expected of him and more, taking care of his mother who was diagnosed with cancer. A loss of this magnitude never goes without leaving a profound impact or demanding a period of profound adjustment.

We believe that there has been a lapse in judgement on Richard's behalf for which he is truly remorseful. It is only you who can spare a good person a bad life and we pray that you will be merciful in your decision today.

We thank you for your time and consideration.

Sincerely,

Mark and Nancy Patrick – Mother and Father In-Law to Richard Kowalczyk and Temporary Guardians to his child.

The Honorable Carlos Mendoza
United States District Judge
United States District Court
Middle District of Florida – Orlando Division
401 West Central Boulevard
Orlando, Florida 32801

       Re:    United States v. Richard Kowalczyk, Case No.: 6:24-cr-00287-CEM-RMN (M.D. Fla. Orl. Div.)

Dear Judge Mendoza:

Richard Kowalczyk and I met 25 years ago. Since then Rick has been a fantastic uncle and brother to myself and my three children. Rick shared his abundance as he grew in his career with his family and close friends as well with those down on their luck.

I have watched Rick build a beautiful life full of love and laughter and most importantly family.

We all love Rick and ask you to take our shared expressions of him into consideration with your final sentencing.

Sincerely,

Stacy Carter