# EXHIBIT 2

# Exhibit A

2:29

**and holding those responsible accountable, regardless of their affiliation.**

**The victims deserve to be heard and protected.**

💬          ⟲          ♡ 3          📊 81          🔖  ⬆️

 **Blue Collar Dud...** ✔ · 1/15/25  · · ·
**Disgusting**

💬          ⟲          ♡ 5          📊 476          🔖  ⬆️

 **Dennis Eagleberg...** · 1/24/25  · · ·
**Put all child predators to death.**

💬          ⟲          ♡          📊 6          🔖  ⬆️

 **SJS** ✔ **@FedupRP...** · 1/15/25  · · ·
**Pedophiles already dehumanized themselves by their perverted behavior. Publicizing it is a public service. Perverts gonna be perverts.**

💬          ⟲          ♡ 32          📊 535          🔖  ⬆️

 **Great_Steak** ✔ **@r...** · 1/15/25  · · ·
**And you wonder why people**

🏠        🔍        𝕏 GROK        ▶        🔔20        ✉

2:29

For leftists they are always

Q rick kowalczyk

any credence to a right leaning view no matter the gravity of the crime. It's true in this case and it's true when Islamic terrorists kill people.

1    78

**Lee Martin** @mart... · 1/16/25
These vermin must be death with severely. Death penalty is a good start for anyone involved with children like this.Horrific.

10

**Craig Richwine** @... · 1/25/25
lmao... We don't need to dehumanize them.  They did it to themselves.  They are POS humans.  Period

2

**Show probable spam**

     

2:30

# Post



the charges say the story will
be used by the right to
"dehumanize" queer and
leftist communities.



@MrAndyNgo

Further ammunition for the right to
continue to dismantle our sanctuaries,
dehumanize us, and perpetuate their
relentless campaign against our
existence.

Meanwhile, they have predators running
rampant in this new administration
coming in, and they will focus on this...
let's be very clear here, they will use this.

💬 37        ↻ 194        ♡ 698        ⅰⅼⅰ 60K        🔖 ⬆



## Joseph Hentschel
@TheRealBikerJoe


Follow



# Please kill the child molesters!

1:26 PM · 1/15/25 · **154** Views

💬        ↻        ♡ 2        🔖        ⬆

Post your reply

     

GROK



Jumething is up in Orlando. First the Pulse Club shooting now this.

♡ 3    ⑅ 694

SiouxZen ✔ @Sio... · 1/15/25    ...
Every.Damn.Time. I'm so sick of this perverted mentality!

♡ 3    ⑅ 121

Will @wlmbrt777 · 1/15/25    ...
Off with their private parts

⑅ 42

Simon Les @Simo... · 1/15/25    ...
All about fucking kids. Always has been..don't take my word for it, let's ask prominent gay rights campaigner Peter Tatchell.

### Tatchell on sex with children

ROS Coward (Why Dares to Speak says nothing useful, June 23) thinks it is 'shocking' that the Gay Men's Press has published a book. Dares to Speak, which challenges the assumption that all sex involving children and adults is abusive. I think it is courageous

The positive nature of some child-adult sexual relationships is not confined to non-Western cultures. Several of my friends, gay and straight, male and female, had sex with adults from the ages of nine to 13. None feel they were abused. All say it was their conscious choice and gave

Post your reply





○ ⇄ ♡ 6 �ılı 181 🔖 ⬆

**Jeff koehler** @jdk... · 1/15/25 ···
**They're all child predators**
○ ⇄ ♡ ılı 55 🔖 ⬆

**noman** ✓ @Britta... · 1/15/25 ···
**DEATH PENALTY**
○ ⇄ ♡ 2 ılı 129 🔖 ⬆

**Beastmode** @Bea... · 1/15/25 ···
🤔
○ ⇄ ♡ ılı 27 🔖 ⬆

**I had a dream..... ...** · 1/15/25 ···
**@PamBondi**
○ ⇄ ♡ 1 ılı 78 🔖 ⬆

**@Gypsy I'm Gra...** ✓ · 1/15/25
**Execution is too humane, leave them in gen pop, let the inmates deal with them**
○ 1 ⇄ ♡ 3 ılı 140 🔖 ⬆

**TempeTeaParty** ✓ · 1/15/25 ···

Post your reply

⌂ Q 𝕏 ⊙ 🔔20 ✉





◯    ⇄ 2    ♡ 3    ᐧᕟᕮ 160    🔖    �🠅

flwrgrl_1 ✓ @flwrg... · 1/15/25    ···
what are "two pillar drag and
queer clubs"? i asked grok but
he didn't have a good answer.

◯ 1    ⇄ 1    ♡ 7    ᐧᕟᕮ 678    🔖    �🠅

artfulHeidi @Artf... · 1/15/25    ···
These men need to be set on
fire and burned alive for doing
this to children.

◯    ⇄    ♡ 1    ᐧᕟᕮ 25    🔖    ⚹

KitKaT # XX 🏃 @... · 1/15/25    ···
@libsoftiktok @NancyMace
@RepMTG

◯    ⇄    ♡ 1    ᐧᕟᕮ 37    🔖    ⚹



2:36

⟳ 2     ♡ 2     ᵢₗᵢ 796     🔖    ⬆

 

**UncleJoey** ✓ @Un... · 1/15/25   ···
**Time to fire up ole Lib-erator again...**



💬 1     ⟳     ♡ 9     ᵢₗᵢ 341     🔖    ⬆

that gave these freaks a baby...



Philip Garcia @Ph... · 1/16/25 ···
Fucking disgusting. Hopefully they get what they deserve. But are there victims? And why the hell do they still have custody of that poor child. They are in grave danger.



**Fred Parker** 🇺🇸 @F... · 1/15/25

🤬🤬🤬🤬

○ ⟲ ♡ �ⅈⅈ 32 🔖 ⬆

**cheryl jansen** @ch... · 1/15/25

🫠

○ ⟲ ♡ ⅈⅈ 73 🔖 ⬆

⚡ **Liams PawPaw...** · 1/15/25



○ ⟲ ♡ 2 ⅈⅈ 131 🔖 ⬆

**T. Ace Lo** ✔ T Ace... · 1/16/25 ···

CHIMO cure!



GIF

💬     🔁     ♡ 2     ◧ 46     🔖     ⬆️



**Rosso EL Bosso @...·1/15/25**   ...

    17



**Shaitan** ✔ **@Kinja..** ·**1/15/25** ···











2:48



Watermark Out News · 
**Follow**
Jan 15 · 

3w  Like  Reply                              3

**Matt Johnson**


PEDO

3w  Like  Reply                              2

**Matt Johnson**
Richard J Kowalczyk
Age: 44

407.███████

1711 Maple Leaf Dr.
Windermere, FL. 34786

3w  Like  Reply                              1

**Richard Ben**
Matt Johnson the now
deleted picture

 Comment as...



Watermp̃842ut News ·
**Follow**
Jan 15 · 🌐



**Richard Ben**
Matt Johnson the now deleted picture



3w   Like   Reply

**Matt Johnson**
Richard Ben disgusting

3w   Like   Reply

**Sam Devon**
Richard Ben I read that he's not to be around minors but is allowed to be around his month old daughter! Make it make sense!

3w   Like   Reply

 Comment as...

Case 6:24-cr-00287-CEM-RMN    Document 132-2    Filed 07/27/26    Page 25 of 27 PageID 843





## cher_bear_pennington 18h





Reply



**cher_bear_pennington** 18h



