# EXHIBIT 6

## Disparity Chart

| CASE | FACTS | SENTENCE IMPOSED |
|---|---|---|
| 1. *U.S. v. Jason Shane Ejmali*, Case No.: 5:25-cr-00115-TPB-PRL (M.D. Fla. May 22, 2026) (Barber, J.) (press release available at https://www.justice.gov/usao-mdfl/pr/marion-county-man-sentenced-federal-prison-attempting-meet-minor-sexual-activity) | Between July 24 and 26, 2025, Ejmali messaged an individual whom he believed was willing to provide their 13 to 14-year-old foster child to engage in sexual activity. That individual was actually an undercover special agent from Homeland Security Investigations. Ejmali discussed the type of sexual activity he wanted to have with the minor and agreed to meet for that purpose at a location in Marion County. When Ejmali arrived at that location, law enforcement placed him under arrest. | 120 months imprisonment. |
| 2. *U.S. v. Shawn Adampeter Grunther*, Case No.: 5:25-cr-00106-TPB-PRL (M.D. Fla. Mar. 13, 2026) (Barber, J.) (press release available at https://www.justice.gov/usao-mdfl/pr/marion-county-man-sentenced-10-years-federal-prison-attempting-meet-minor-engage) | In July 2025, a Homeland Security Investigations special agent posed online as a 14-year-old girl (UC). Grunther messaged the UC account and, after learning the minor's age, engaged in a sexually explicit conversation. On July 24, 2025, Grunther was arrested after he traveled to a location in Marion County to meet the UC to engage in sexual activity. | 120 months imprisonment. |
| 3. *U.S. v. Terry Levi Brown*, Case No.: 5:25-cr-00139-TPB-PRL (M.D. Fla. Feb. 27, 2026) (Barber, J.) (press release available at https://www.justice.gov/usao-mdfl/pr/marion-county-man-sentenced-10-years-attempting-meet-two-minors-engage-sexual-activity) | On July 27, 2025, two detectives posed online as a 14-year-old girl and 15-year-old girl. Brown messaged both undercover accounts. After learning he was speaking with minors, Brown engaged in sexually explicit conversations with both undercover accounts. Brown was arrested after he traveled to a location in Marion County to meet the minors to engage in sexual activity. | 120 months imprisonment. |

| CASE | FACTS | SENTENCE IMPOSED |
|---|---|---|
| 4. *U.S. v. Isaiah Jacob Jordan,* Case No.: 3:25-cr-00080-JEP-SJH (M.D. Fla. Apr. 16, 2026) (Pratt, J.) (press release available at https://www.justice.gov/usao-mdfl/pr/jacksonville-man-sentenced-10-years-federal-prison-attempting-entice-14-year-old-child) | On January 18, 2025, an undercover Nassau County Sheriff's Office detective (UC) was conducting an online undercover operation to identify adults who were seeking to contact and engage in sexual activity with children. Posing as a 14-year-old child, the UC was asked by Jordan about his age and sexual preferences. Jordan engaged in multiple sexually explicit conversations with the UC, with Jordan asking the UC to meet for sexual activity in a Walmart parking lot. Once Jordan arrived, he was taken into custody. A search of the car revealed condoms and lubricant in the center console, along with the cellular phone Jordan used to communicate with the UC. A search of Jordan's cellular phone revealed several images of children being sexually abused. | 120 months imprisonment. |
| 5. *U.S. v. Eddie Ademir Villalta Hernandez,* Case No.: 6:22-cr-20-CEM-DAB (M.D. Fla. Mar. 18, 2026) (Merryday, J.) (press release available at https://www.justice.gov/usao-mdfl/pr/california-man-sentenced-10-years-enticing-minors-engage-illegal-sexual-activity) | Between November 2022 and April 2024, Villalta Hernandez used a social media application to persuade, induce, and entice minors to send him images and videos of child exploitation material in exchange for monetary payments. According to the factual basis attached to the plea agreement, the defendant had extensive chats with a minor victim and paid her over $1,000 in numerous transactions in order to obtain child pornography images the victim produced of herself. | 120 months imprisonment. |
| 6. *U.S. v. Clayton Lee Harris*, Case No. 5:25-cr-00113-TPB-PRL (M.D. Fla. Feb. 27, 2026) (Barber, J.) (press release available at https://www.justice.gov/usao-mdfl/pr/marion-county-man-sentenced-10-years-federal-prison-attempted-enticement-minor) | On July 26, 2025, an undercover officer portrayed a 14-year-old female on an online dating website. Harris contacted the undercover officer and, after learning the minor's age, asked to meet for a sexual encounter. When Harris arrived at the meeting location, he was apprehended by law enforcement. | 120 months imprisonment. |

2

| CASE | FACTS | SENTENCE IMPOSED |
|---|---|---|
| 7. *U.S. v. Kahlil Yanier Amilivia Rodriguez*, No. 5:23-cr-00129-TPB-PRL (M.D. Fla. Oct. 27, 2025) (Barber, J.) (press release available at https://www.justice.gov/usao-mdfl/pr/lake-county-man-sentenced-federal-prison-attempting-meet-13-year-old-engage-sexual) | On October 5, 2023, Amilivia Rodriguez had an online conversation with an undercover law enforcement officer posing as a 13-year-old girl. Amilivia Rodriguez graphically described to the fictional child the sexual acts he wanted to perform with her. Amilivia Rodriguez was arrested when he arrived at a pre-determined location to meet with the minor to engage in sexual activity. | 120 months imprisonment. |
| 8. *U.S. v. Jose Raul Andreu Rodriguez*, No. 5:24-cr-00141-TPB-PRL (M.D. Fla. Oct. 29, 2025) (Barber, J.) (press release available at https://www.justice.gov/usao-mdfl/pr/gainesville-man-sentenced-federal-prison-attempting-meet-13-year-old-child-engage) | An undercover agent from Homeland Security Investigations posed online as a 13-year-old girl on a social media platform. Andreu Rodriguez contacted the undercover agent's account. On November 14, 2024, after learning the girl's age, Andreu Rodriguez engaged in a graphic sexual conversation and sent multiple explicit videos of himself. Andreu Rodriguez then arranged to meet the minor for sexual activity at a predetermined location in Marion County. When Andreu Rodriguez traveled to that location, he was arrested by law enforcement.  The defendant had condoms with him when he was arrested.   He also sent pictures of his penis to the individual he believed was a minor. | 120 months imprisonment. |
| 9. *U.S. v. Yitzchak Reuven Baum*, No. 8:24-cr-00471-VMC-SPF (M.D. Fla. Oct. 23, 2025) (Covington, J.) (press release available at https://www.justice.gov/usao-mdfl/pr/tampa-man-sentenced-ten-years-attempted-coercion-and-enticement-minor-engage-sexual) | Between August and October 2023, Baum attempted to coerce or entice an individual, whom he believed to be a 14-year-old girl, to engage in sexual activity. Baum also sent obscene material to the purported minor during the conversations. In March 2024, following the execution of a search warrant, law enforcement located numerous conversations on social media sites in which Baum had requested and received CSAM, including videos of teenage females being vaginally penetrated by adult males. | 120 months imprisonment. |

| CASE | FACTS | SENTENCE IMPOSED |
|---|---|---|
| 10. *U.S. v. James Anthony Davila*, No. 8:24-cr-00413-WFJ-T_W (M.D. Fla. Sept. 12, 2025) (Jung, J.) (press release available at https://www.justice.gov/usao-mdfl/pr/texas-man-sentenced-ten-years-prison-enticing-minor-engage-sexual-activity-and) | Davila met a 12-year-old girl online while playing a video game. The two continued to communicate and exchanged sexually explicit photos. Davila later drove from Texas to Florida to pick up the child and engage in sexual acts with her. | 120 months imprisonment. |
| 11. *U.S. v. Kevin Patrick Wilson*, No. 3:24-cr-00163-MMH-LLL (M.D. Fla. July 11, 2025) (Morales Howard, J.) (press release available at https://www.justice.gov/usao-mdfl/pr/ponte-vedra-man-posing-tutor-sentenced-10-years-federal-prison-attempting-entice-minor) | On July 20, 2024, a social media user posted a public message in a Facebook group seeking a tutor for a child. On the day of the post, an individual posing as a woman, but later identified as Wilson, reached out and directed the poster to contact her "husband," Wilson, by text message. The poster contacted Wilson and had a short text conversation. The poster said she was seeking tutoring assistance for an 11-year-old child. Wilson sent a photo of himself and asked for a photo of the child. The text message conversation ended shortly thereafter. The poster later contacted the St. Johns County Sheriff's Office about the interaction.

On July 24, 2024, an undercover detective posing as the guardian of a 12-year-old female "child" reached out to Wilson about tutoring services for the "child."  After the undercover detective initiated the conversation, Wilson began discussing sexual topics involving the "child" and meeting the "child" to perform sexual acts with the "child." Wilson also spoke to undercover detectives portraying the 12-year-old child via phone and text message. Wilson and the undercover detective portraying the guardian of the "child" ultimately agreed to meet during the evening of July 24, 2024, for Wilson to engage in sexual acts with the "child." Wilson traveled to the predetermined meeting location and was arrested. | 120 months imprisonment. |

4

| CASE | FACTS | SENTENCE IMPOSED |
|---|---|---|
| 12. *U.S. v. Alberto Christian Quiroz*, No. 5:24-cr-00108-TPB-PRL (M.D. Fla. May 30, 2025) (Barber, J.) (press release available at https://www.justice.gov/usao-mdfl/pr/gainesville-man-sentenced-decade-federal-prison-attempted-enticement-minor-engage) | Quiroz was an employee of a care agency that was contracted with the Florida Department of Children and Families to provide services for children. On July 26-27, 2024, Quiroz used an online messaging service to communicate with an undercover detective portraying a 14-year-old girl. Quiroz arranged to meet the undercover detective at an Ocala restaurant for sexual activity. Agents arrested Quiroz upon his arrival at that location. | 120 months imprisonment. |
| 13. *U.S. v. Javier Chavez*, No. 2:24-cr-00104-SPC-K_D (M.D. Fla. Apr. 30, 2025) (Chappell, J.) (press release available at https://www.justice.gov/usao-mdfl/pr/sarasota-man-sentenced-ten-years-federal-prison-attempted-enticement-minor) | On May 15 and continuing through May 16, 2024, Chavez communicated with an undercover law enforcement officer who was posing as both the mother of a 14-year-old girl and her 14-year-old daughter. After learning of the girl's age, Chavez directly engaged in a sexually explicit conversation with the "girl" and sent explicit videos of himself. Chavez was apprehended by deputies from the Lee County Sheriff's Office when he arrived at a home with the intention of engaging in sexual activity with the girl. Chavez later admitted to deputies that his intentions with the girl were sexual. | 120 months imprisonment. |
| 14. *U.S. v. Alexander Thomas Daugherty*, No. 5:24-cr-00124-TPB-PRL (M.D. Fla. Mar. 31, 2025) (Barber, J.) (press release available at https://www.justice.gov/usao-mdfl/pr/ocala-man-sentenced-federal-prison-attempting-meet-13-year-old-engage-sexual-1) | On September 20, 2024, a special agent with Homeland Security Investigations (HSI) posed undercover as a 13-year-old girl on an online social media platform. Daugherty contacted the undercover agent's account and, after learning the child's age, discussed engaging in sexual activity. Daugherty arranged to meet the minor for sex at a predetermined location in Marion County. Daugherty then traveled to the location and was arrested by law enforcement. After his arrest, Daugherty provided a written statement in which he apologized for the "disgusting intentions" he had with "the underage female." | 120 months imprisonment. |

| CASE | FACTS | SENTENCE IMPOSED |
|---|---|---|
| 15. *U.S. v. Kirtan Patel*, No. 5:24-cr-00080-TPB-PRL (M.D. Fla. Mar. 28, 2025) (Barber, J.) (press release available at https://www.justice.gov/usao-mdfl/pr/indian-national-sentenced-10-years-federal-prison-attempting-entice-minor-engage) | Between May 22 and 24, 2024, Patel communicated online with someone whom he believed was a 13-year-old girl. The child, however, was an undercover Homeland Security Investigations (HSI) special agent. Patel engaged in a sexually explicit conversation with the undercover agent. Ultimately, Patel was arrested when he traveled to a location in Marion County to engage in sexual activity with the child. Patel was not lawfully present in the United States at the time of the events of this case. | 120 months imprisonment. |
| 16. *U.S. v. Joseph Rocco Quaranta*, No. 5:24-cr-00104-TPB-PR (M.D. Fla. Mar. 28, 2025) (Barber, J.) (press release available at https://www.justice.gov/usao-mdfl/pr/little-league-coach-sentenced-ten-years-attempting-meet-13-year-old-child-engage) | On July 25, 2024, an undercover detective with the Marion County Sheriff's Office posed online as a 13-year-old girl. Quaranta contacted the detective's account and, after learning the child's age, engaged in a sexually explicit conversation. Quaranta then arranged to meet the child at a predetermined location in Marion County to engage in sexual activity. When Quaranta arrived at the meeting location, he was arrested. After his arrest, Quaranta admitted to deputies that he had been volunteering as a local youth baseball coach. | 120 months imprisonment |
| 17. *U.S. v. Pooran Ramjattan*, No. 6:24-cr-00151-JSS-UAM (M.D. Fla. Feb. 19, 2025) (Sneed, J.) (press release available at https://www.justice.gov/usao-mdfl/pr/kissimmee-man-sentenced-ten-years-attempting-meet-minor-engage-sexual-activity) | On May 1, 2024, an undercover agent from the Federal Bureau of Investigation posed online as a 13-year-old girl. Ramjattan contacted the undercover agent's account and, after learning the child's age, engaged in a sexually explicit conversation. Ramjattan then arranged to meet the "child" at a predetermined location in Orange County to engage in sexual activity. When Ramjattan arrived at the meeting location, he was arrested by law enforcement. | 120 months imprisonment |

6

| CASE | FACTS | SENTENCE IMPOSED |
|---|---|---|
| 18. *U.S. v. Michael Buck Brockway*, No. 3:23-cr-00139-MMH-PDB (M.D. Fla. Oct. 1, 2024) (Morales Howard, J.) (press release available at https://www.justice.gov/usao-mdfl/pr/navy-sailor-sentenced-10-years-federal-prison-attempting-entice-and-meet-13-year-old) | On July 17, 2023, an agent with the Naval Criminal Investigative Service (NCIS), posing as a 13-year-old child, began an undercover investigation designed to identify individuals who were seeking to meet children in person for sexual activity. The undercover agent, acting as the "child," began an online conversation on a particular social media application (app) with user "Telly_Rider," who was later identified as Brockway. From that day, continuing through July 28, 2023, Brockway and the "child" engaged in numerous sexually explicit conversations using two different social media apps and text messaging. During these online conversations, Brockway confirmed that the "child" was 13 years old, inquired about the "child's" sexual experience, and asked if the "child" wanted to meet him in person for sex. On July 27, 2023, Brockway asked the "child" if "she" was alone for the next few days, and he confirmed that the "child" was living at a particular apartment complex in Jacksonville. Brockway sent the "child" explicit videos of himself that he produced while on duty as a sailor onboard a U.S. Navy ship docked at Naval Station Mayport. The following day, Brockway drove into the apartment complex where the "child" purportedly lived, then over to a nearby restaurant where the "child" agreed to meet him. Brockway exited his car, entered the restaurant to meet the "child," and was arrested by detectives from the Jacksonville Sheriff's Office. During a search incident to his arrest, Brockway's cellphone and three condoms were found in his pockets. A search of Brockway's car revealed a container of personal lubricant, an unopened bottle of vodka, and a sex toy. A search of Brockway's cellphone revealed numerous photos and videos that depicted children being sexually abused. | 120 months imprisonment |

7

| CASE | FACTS | SENTENCE IMPOSED |
|---|---|---|
| 19. *U.S. v. Jonathan Howard Kuykendall*, No. 8:22-cr-00247-CEH-AEP  (M.D. Fla. Sept. 19, 2024) (Honeywell, J.) (press release available at https://www.justice.gov/usao-mdfl/pr/man-sentenced-more-10-years-attempting-engage-sex-acts-minor) | Kuykendall was a member of the U.S. Air Force stationed at MacDill Air Force Base. Trial evidence showed that, in June 2022, Kuykendall began messaging someone named "Ms. Glitter" online. Within the first few messages, Ms. Glitter told Kuykendall that she was 14 years old and lived on the base with her single mother. Undeterred by her age, over the next two weeks, Kuykendall groomed Ms. Glitter, gradually introducing sexual topics to her. He began by talking about cuddling with her and kissing her. From there, he began sending her extremely graphic descriptions of various sex acts that he wished to perform with her as well as numerous explicit images of adults.<br><br>This continued until June 24, 2022, when Kuykendall, thinking Ms. Glitter's mom was not home, agreed to come to her house. Kuykendall, thinking he might be in for a set-up, conducted extensive countersurveillance. He arrived at the house long before planned, drove past the house multiple times, lied to Ms. Glitter about where he was, and paced the parking lot looking into cars. Kuykendall then took a handful of male enhancement pills and walked up to the home's backdoor.<br><br>When Kuykendall arrived at Ms. Glitter's home, he learned that she was actually an undercover federal agent conducting a proactive Internet Crimes Against Children operation. Kuykendall was arrested on scene. | 120 months imprisonment (after proceeding to trial) |

| CASE | FACTS | SENTENCE IMPOSED |
|---|---|---|
| 20. *U.S. v. Caleb Belanger*, No. 8:23-cr-00453-KKM-T_W (M.D. Fla. Aug. 2, 2024) (Barber, J.) (press release available at https://www.justice.gov/usao-mdfl/pr/clearwater-man-sentenced-10-years-coercing-and-enticing-minor-engage-sexual-activity) | Belanger enticed approximately 30 minor females, all between the ages of 13 and 17 years old, to take sexually explicit photos and videos of themselves and send the images to him via a mobile application, in exchange for money, vapes, and alcohol. He also offered money in exchange for sex and other sexual acts. Law enforcement executed a search warrant at Belanger's home and seized his iPhone and iPad. A search of those devices revealed that Belanger possessed 1,209 images and 111 videos of child sexual abuse material. | 120 months imprisonment. |

9

| CASE | FACTS | SENTENCE IMPOSED |
|---|---|---|
| 21. *U.S. v. Gabriel Almenas Carrasquillo*, No. 6:22-cr-00139-CEM-RMN  (M.D. Fla. Oct. 18, 2023) (Mendoza, J.) (press release available at https://www.justice.gov/usao-mdfl/pr/kissimmee-man-sentenced-10-years-federal-prison-attempting-entice-and-meet-13-year-old) | On August 11, 2022, an undercover agent (UC) with the Metropolitan Bureau of Investigation in Orlando was posing as a 13-year-old child on a social media application (app) in an effort to identify individuals who were seeking to sexually exploit children. Almenas initiated an online conversation with the UC, typing "You r really beautiful." When Almenas asked if "he" was 18, the UC advised that "he" was "a little younger," and stated, "I'll be fourteen in a few months …" Almenas responded, "Oh wow you look really quite develop," and "… I'm down to keep getting to know you more …" The two discussed meeting and Almenas confirmed that the "child" would be alone without adult supervision for that entire evening. At Almenas's suggestion, their online conversation moved to another social media app. Almenas then described the sexual acts that he wanted to perform on the "child," and he sent the UC a video depicting Almenas's genitalia. Almenas drove to an agreed-upon location in Orlando where he believed that the "child" was staying and was arrested. In an interview, Almenas stated, among other things, that he knew that the "child" was underage when he came to meet "him," and acknowledged that he was arrested because he "tried to have sex with somebody that was not legal age." Almenas also admitted that he brought the lubricant found in his backpack to use during sexual acts with the "child." | 120 months imprisonment (after proceeding to trial). |

10